# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

CELTIC BANK CORPORATION,

     Plaintiff,

  vs.

SERGE ROSEMBLAT, et al.,

     Defendants.

_____/

CASE NO. CV F 12-0050 LJO JLT

**ORDER TO DISMISS DEFENDANT**
(Doc. 13.)

   Based on the plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court DISMISSES this action without prejudice as to defendant Stickney Realty Advisors only.  The clerk is directed NOT to close this action.

   IT IS SO ORDERED.

**Dated:** **February 16, 2012**    /s/ Lawrence J. O'Neill
            UNITED STATES DISTRICT JUDGE

1