IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELTIC BANK CORPORATION, | CASE NO. CV F 12-0050 LJO JLT |
| Plaintiff, | **ORDER TO TRANSFER ACTION** |
| vs. | |
| SERGE ROSEMBLAT, et al., | |
| Defendants. | |

Based on the parties' stipulation and good cause, this Court TRANSFERS this action to the United States District Court for the Central District of California. This Court further:

1. DIRECTS the clerk to take necessary action to transfer this action to the United States District Court for the Central District of California; and

2. VACATES all pending dates before this Court, including the April 12, 2012 scheduling conference.

IT IS SO ORDERED.

**Dated:   February 29, 2012**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE